United States District Court
District of Massachusetts

Middlesex County

Vernon S Rivet
Plaintiff

R.I.C.O. Act

06-10773 WGY

V.

MAGISTRATE JUDGE Dein

Town of Billerica
Agents B.H. John Morris
Building Ins, Milton H Kinney
Conservation Marty Houlne
Lt Detective Richard Howe
Manager Roco Longo
Chairman Mike Rosa
Kathy Matos
Ellen Rawling
Mark Lombaro

Firm: Brackett + Lucas
Counselors at Law
Lawyer
John G. Gannon
165 Washington St
Winchester, Ma. 01890
Tel# 781-729-1500
FAX 781-729-5444

Commonwealth of
Massachusetts
Employees of
Mass. Transportation
Fred Salvucci
Salvucci Co.
Contractors. Haliburton / Bechtel / Parsons Brinckerhoff
Judicial System of Middlesex County

Court Location:
Boston Municipal Court
Massachusetts Board of Health
Employees Troo DeRosier
  Barbra Ferullo
  Suzanne Condon
  Elaine Krugle
  Randy Cabral
  Michael Feeney
Ivestigating Officer
Trooper McNeil, William F
  Badge #2233
Docket # 2002-OH1-0042

## The Parties

1. The Plaintiff Vernon S Rivet has a P.O. Box 69, N. Billerica Ma. 01862-0069

2. The Defendants the Above mention Failed in thier duties in Middlesex County.

3. The Plaintiff is a Environmentalist and could not do a cleanup of Parcel 13+14 of Plate 5 in N. Billerica Ma. I tried to recieve help and was not. I was very much hindered by there actions. I belive an act of priacy when I could not access property from Aug 98 — Oct 1001 3rd week there of. By Town of Billerica

## Description of Controversies

4. This action concerns past, present, and anticipated future conduct of Defendants in violation of Plaintiff's rights to peaceful possession and occupation of Town Farm Lane N. Billerica. The Town of Billerica wants to hire someone to cleanup property that's not there's. And let's Neighbor Jack's Used Auto Tresspass and dump depries on property. Also the taking of Timber. Which I escorted one Steve Olney the TAX MAN of N. Chelmsford, Ma 01863-0942 Address: Accuplus Financial Svcs, INC.
17 A Dunstable Rd   P.O. Box 942
And Steve Olney could not belive his eyes what he was seeing being dumped on Parel 14 on Town Farm Lane. He stated you said it was bad, but I didn't think it was this bad.

5. Steve Olney said the solution too this problem of all this dumped debries would to make it into a road for access for the Power Co. that wants to Rent Lot 13. Take debries from this lot

Now Along Comes Probate Court and two Sisters Patricia Travaglia and Deborah L. Rivet. Who deystroyed my Father Will. So now appointed Commissoner by the State of Massachusetts wants to revaluate the Land its a dump site and WetLands.

It's perfect place for the Power Co. The 24" Main Tennessee Gas Line is there and the Power Line there This whole Lower Court System I feel is preventing this from happening.

6. But they will not let me cleanup the mess. I did not create the mess and I am being prosecuted and punished above measure. That this measure is unconstitutional and unnecessary.

7.

I have suffered Loss of Business because Town will not let me do the work. For a lot of years.

Mental and Emotional suffering Loss of Family, Alienation of Customers as friends, and Imediate Family. And Fear of Life Liberty to the Pursuit of

by the powers that being the Constitution of the United States.

By: ProSe

Case No# 1:05 cv 11620

Vernon S Rivet Jr
Vernon S Rivet Jr.
P.O. Box 69
N. Billerica, Ma 01862
Tel# 508-423-8659

Please excuse for Mental Disability by court action against me. The Forseful "Rogers Act" which made me take the Drug Zyprexa. Has made it diffacult to think this out. Throughly.

While most Federal crimes carry a five year Statue of Limitations, R.I.C.O gives prosecutors more leeway by allowing them to reach back decades in some cases, to charge those involved in a pattern of Illegal activity. The LAW, used most often against organized crime figures, requires that at least one crime occurred within the past 5 years. Then prosecutors may reach back another 10 years from the date of that crime to bring additional Charges.