# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 06-10773-WGY

RIVET
Plaintiff

v.

TOWN OF BILLERICA, ET AL
Defendant

## ORDER OF DISMISSAL

YOUNG,D.J.

      The above entitled case is hereby dismissed for failure of the plaintiff to prosecute the case as directed in the Memorandum & Order of Dec. 13, 2006.

Sarah A. Thornton
Clerk

By: /s/ Elizabeth Smith

Deputy Clerk

January 17, 2007

Notice mailed to counsel of record.